# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| ASHTON AMBROSE AND B.D., BY AND THROUGH HIS PARENT, ASHTON AMBROSE, | : : : : |
| Plaintiffs, | : : : |  Case No: 3:22-cv-392-MMH-PDB |
| v. | : : |
| ST. JOHNS COUNTY SCHOOL BOARD | : : |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court's May 12, 2023 Order, Plaintiffs Ashton Ambrose and B.D., by and through his parent, Ashton Ambrose, and Defendant St. Johns County School Board, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, with each party bearing their own attorney's fees and costs.

/s/Lauren Brittany Eversole
LAUREN BRITTANY EVERSOLE
Florida Bar No.: 0120245
KEVIN A. GOLEMBIEWSKI
Florida Bar No.: 1002339
2473 Care Drive, Suite 200
Tallahassee, FL 32308
Telephone: (850) 617-9702
laurene@disabilityrightsflorida.org

Attorneys for Plaintiffs

/s/Kristen C. Diot
KRISTEN C. DIOT
Florida Bar No.: 0118625
MICHAEL P. SPELLMAN
Florida Bar No.: 0937975
Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, FL 32301
Telephone: (850) 205-1996
kdiot@sniffenlaw.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I, Lauren Brittany Eversole, certify that a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: May 24, 2023

/s/ *Lauren Brittany Eversole*
Lauren Brittany Eversole
Disability Rights Florida
2473 Care Drive, Suite 200
Tallahassee, FL 32308
