# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ASHTON AMBROSE and
B.D., by and through his parent,
Ashton Ambrose,

      Plaintiffs,

v.                               Case No.   3:22-cv-392-MMH-PDB

ST. JOHNS COUNTY SCHOOL
BOARD,

      Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal (Dkt. No. 39; Stipulation) filed on May 24, 2023. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own attorney's fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of May, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -